**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-1822**

---

PHILLIP CASON,

        Plaintiff - Appellant,

    v.

GOURMET SERVICES OF LOUISIANA,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Elizabeth W. Hanes, District Judge.  (4:21-cv-00080-EWH-LRL)

---

Submitted:  December 14, 2023               Decided:  December 18, 2023

---

Before GREGORY and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Phillip Cason, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Phillip Cason appeals the district court's order dismissing, without prejudice, Cason's civil complaint pursuant to Fed. R. Civ. P. 41(b).  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Cason's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm the district court's order.  *Cason v. Gourmet Servs. of La.*, No. 4:21-cv-00080-EWH-LRL (E.D. Va. July 10, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*